AO-10 (WP)
Rev. 1/2009

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2008

Report Required by the Ethics in Government Act of 1978. (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) JOHNSON, STERLING JR. | 2. Court or Organization U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK | 3. Date of Report 3-13-09 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ____ Final 5b. ___ Amended Report | 6. Reporting Period 1/1/08 to 12/31/08 |
|---|---|---|

| 7. Chambers or Office Address 225 CADMAN PLAZA EAST BROOKLYN, N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

[X] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

[ ] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. PENSION | AS A FORMER NYC EMPLOYEE I RECEIVE A CITY PENSION |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. PENSION | NEW YORK CITY | $ 60,800 |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[X] NONE (No reportable non-investment income.)

| | |
|---|---|
| 1. | |
| 2. | |

2009 MAR 23 A 11: 02 FINANCIAL DISCLOSURE OFFICE RECEIVED

**Johnson Jr_Sterling**

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, STERLING JR. | 3-13-09 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF WISCONSIN | 1/22-24/08 | WHITEWATER | KEYNOTE SPEAKER | T/L/F |
| 2. | HARVARD | 2/21-24/08 | CAMBRIDGE, MA | SPRING CONFERENCE | T/L/F |
| 3. | FJC | 3/9-13/08 | REDONDO BEACH, CA | NATIONAL WORKSHOP | T/L/F |
| 4. | DEA | 5/2-12/08 | BANGKOK | TRAINING PROGRAM | T/L/F |
| 5. | FEDERAL BAR | 5/20-24/08 | TAMPA, FL. | GUIDELINES SEMINAR | T/L/F |
| 6. | FJC | 6/3-7/08; | PALO ALTO, CA | SPECIAL FOCUS GROUP NEUROSCIENCE FOR JUDGES | T/L/F |
| 7. | DEA | 10/26-11-2/08 | HAWAII | NARC. ENFORCEMENT SEMINAR | T/L/F |
| 8. | AO | 11/17-19/08 | D.C. | FED. COURTS & THE MEDIA CONF. | T/L/F |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☒ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☐ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, STERLING JR. | 3-13-09 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 GREAT WESTERN BANK | E | INT | K | T | | | | | |
| 2 NY MUNICIPAL BOND | A | INT | J | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JOHNSON, STERLING JR. | 3-13-09 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VI.  A.   I have a mortgage on personal residence in Queens, New York that I previously reported.

B.   I have a mortgage on personal residence in Virginia Beach, Virginia that I previously

reported. I do not receive any income from either premises.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.
I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544